THOMAS D. RIPP, II      *      NO. 2025-CA-0170

VERSUS      *      COURT OF APPEAL

WALGREEN LOUISIANA      *      FOURTH CIRCUIT
COMPANY, INC., ABC
INSURANCE COMPANY AND      *      STATE OF LOUISIANA
JOHN DOE
     *

     *
* * * * * * *

**DYSART, J., DISSENTS**

I dissent for the reasons assigned by Judge Morial.